**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHRISTAL WILLIAMS**                                                      **PLAINTIFF**

vs.                            **Case No. 3:12-cv-00169 KGB**

**ABILITIES UNLIMITED OF JONESBORO, INC.**                      **DEFENDANT**

## ORDER

The parties have informed the Court that this matter has settled and request that it be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure (Dkt. No. 15). For good cause shown, this matter is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of April, 2013.

*[signature: Kristine G. Baker]*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE